**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Patricia Stancil
413 N Whitley Street
Zebulon, NC 27597

CASE NO.: 18–05382–5–DMW

DATE FILED: November 5, 2018

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Patricia Stancil has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Patricia Stancil file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Patricia Stancil and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: March 9, 2021

David M. Warren
United States Bankruptcy Judge