# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

Case Number: 18-05382-5-DMW
Judge: DAVID M. WARREN
Dated: April 19, 2021

In Re:

    PATRICIA STANCIL
    413 N WHITLEY STREET
    ZEBULON, NC  27597

    SSN (1): XXX-XX-2898

## NOTICE OF DISMISSAL AFTER CONFIRMATION

The above-referenced debtor was dismissed from Chapter 13 after confirmation on March 09, 2021. A Debtor receives a dismissal from Chapter 13 if he withdraws from the plan or fails to comply with the payment schedule or Orders of the Court. If a Debtor is dismissed from Chapter 13, all creditors may proceed with collection efforts against the Debtor. The Debtor has not been discharged of his liabilities for the debts.

The Trustee submitted a final report to the Court for filing on April 19, 2021. No payments are made to a creditor who does not file a timely Proof of Claim. A full copy of the Final Report is on file with the Clerk. If your records show you filed a timely claim or you did not receive the sum indicated from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's office. If no objection is filed on or before ten (10) days from the date of this Notice, the Final Report shall be approved. If an objection is filed, a hearing may be scheduled.

| Attorney: | Trustee: |
|---|---|
| LAW OFFICES OF JOHN T. ORCUTT | JOHN F. LOGAN |
| ATTN: EDWARD C. BOLTZ FOR LOJTO | P.O. BOX 61039 |
| 6616-203 SIX FORKS RD. | RALEIGH, NC 27661-1039 |
| RALEIGH, NC  27615 | |

Dated: April 19, 2021
**For the Court**
    Stephanie J. Edmondson
    Bankruptcy Court Clerk
    PO Box 791
    Raleigh, NC  27602

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: PATRICIA STANCIL  
DEBTOR 2 NAME:  
CASE NUMBER: 1805382

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __4/20/2021__:

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

COMCAST,PO BOX 1931,BURLINGAME CA 94011  
EXELON PECO CONSUMER,ATTN: MANAGING AGENT,C/O MRS BPO, LLC,1930 OLNEY AVE CHERRY HILL NJ 08003  
FHA,DEPT OF HUD,1500 PINE CROFT ROAD,GREENSBORO NC 27407  
LAW OFFICES OF JOHN T. ORCUTT,ATTN: EDWARD C. BOLTZ FOR LOJTO,6616-203 SIX FORKS RD.,RALEIGH NC 27615  
MARTH E. VON ROSENSTIEL, PC,ATTORNEY AT LAW,649 SOUTH AVE. UNIT 7,PHILADELPHIA PA 19108  
MIDFIRST BANK,ATTN:  OFFICER / BANKRUPTCY DEPT.,999 N.W. GRAND BLVD.,OKLAHOMA CITY OK 73118  
MIDLAND MORTGAGE,ATTN: MANAGING AGENT,PO BOX 26648,OKLAHOMA CITY OK 73126  
NATIONAL CREDIT SYS.,117 E 24TH ST. 5TH FLOOR,NEW YORK NY 10010  
NC DEPARTMENT OF REVENUE,ATTN:  OFFICER,PO BOX 1168,RALEIGH NC 27602-1168  
NC DEPARTMENT OF REVENUE,C/O NC DEPARTMENT OF JUSTICE,PO BOX 629,RALEIGH NC 27602-0629  
OFFICE OF PROPERTY ASSESSMENT,ATTN: MANAGING AGENT,CURTSI CENTER,601 WALNUT ST. STE. 300W PHILADELPHIA PA 19106  
OFFICE OF UNEMPLOYMENT COMP.,ATTN: MANAGING AGENT,BENEFITS POLICY,651 BOAS ST. ROOM 525 HARRISBURG PA 17121  
ONEMAIN FINANCIAL GROUP, LLC,ATTN:  MANAGER,PO BOX 64,EVANSVILLE IN 47701-0064  
ONEMAIN FINANCIAL GROUP, LLC,ATTN: OFFICER,PO BOX 3251,EVANSVILLE IN 47731  
PADGETT LAW GROUP,6267 OLD WATER OAK ROAD, SUITE 203,TALLAHASSEE FL 32312  
PATRICIA STANCIL,413 N WHITLEY STREET,ZEBULON NC 27597  
PHILADELPHIA SHERIFFS OFFICE,ATTN: OFFICER,100 S BROAD ST 5TH FL,PHILADELPHIA PA 19110  
RAYMOND JEREZA,ALDRIDGE PITE, LLP,4375 JUTLAND DR., STE. 200,PO BOX 17933 SAN DIEGO CA 92177-0933  
SHAPIRO & INGLE,ATTORNEY FOR MIDFIRST BANK,10130 PERIMETER PARKWAY, STE 400,CHARLOTTE NC 28216  
SHELLPOINT MORTGAGE SERVICING,ATTN: MANAGING AGENT,PO BOX 51850,LIVONIA MI 48151  
SHELLPOINT MORTGAGE SERVICING,ATTN: OFFICER,PO BOX 10826,GREENVILLE SC 29603  
THE BANK OF NEW YORK MELLON,SHELLPOINT MORTGAGE SERVICING,ATTN:  OFFICER,PO BOX 10826 GREENVILLE SC 29603-0826  
VERIZON,BY AMERICAN INFOSOURCE LP AS AGENT,4515 N. SANTA FE AVENUE,OKLAHOMA CITY OK 73118  
VERIZON,by AMERICAN INFOSOURCE LP,PO BOX 248838,OKLAHOMA CITY OK 73124  
WAKE COUNTY REVENUE DEPARTMENT,ATTN:  MANAGER OR REG. AGENT,PO BOX 2331,RALEIGH NC 27602  
WATER REVENUE BUREAU,PAMELA ELCHERT THURMOND,TAX & REVENUE UNIT,1401 JFK BLVD. 5th Floor PHILADELPHIA PA 19102  

By Electronic Transmittal :  
By Fax :  

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __4/20/2021__     Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134